UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Cox Com, Inc. d/b/a Cox Communications New England
Plaintiff(s)

v. Dkt. No.________________

Full Channel TV, Inc. et al
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Cox Com, Inc. d/b/a Cox Communications New England hereby moves that Shaun K. Hogan, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

____________________
(Plaintiff)

By: Francis S. Holbrook II, Esq.
Bar ID No.: #3412
Address: Miller Scott & Holbrook
122 Touro Street, Newport RI 02840
(401) 847-7500

DATED: 9/11/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and the Commonwealth of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) Eastern, Southern, Northern and Western Districts of New York as well as the First and Second Circuit Courts and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(3) I have never been convicted of any crime other that minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.)

COXCOMM, Inc. d/b/a COX COMMUNCATIONS NEW ENGLAND v. JON CHAFFEE, et al.
05 CIV. 107 S Judge William E. Smith

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Spreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Shaun K. Hogan, Esq. 7227
Print Name State Bar ID #

Lefkowitz, Hogan & Cassell, LLP
Firm Name

350 Jericho Turnpike, Suite 100
Business Address

Jericho, New York 11753

(516) 942-4700 (516) 942-4705
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it related to the participation and responsibilities of local counsel.

Signature of Local Counsel
Francis S. Holbrook, II 3412
Print Name R.I. Bar #

Miller, Scott & Holbrook
Firm and Business Address
122 Touro Street
Newport, RI 02840

Tel. #(401)847-7500 Fax # (401)848-5854

---

**ORDER**

This motion is hereby ______________________

______________________
District Judge

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COX COMM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>FULL CHANNEL TV, INC., MICHAEL MCGONAGLE also known as MICHAEL DAVIS, individually and in his capacity as manager and DAVID RASMUSSEN,<br><br>Defendants. | Case No.:<br><br>AFFIDAVIT OF SHAUN K. HOGAN IN SUPPORT OF MOTION TO APPEAR AS VISITING LAWYER |

STATE OF NEW YORK)
) ss.:
COUNTY OF NASSAU)

Shaun K. Hogan, being duly sworn, deposes and says:

1. I am an attorney with Lefkowitz, Hogan & Cassell, LLP, located at 350 Jericho Turnpike, Suite 100, Jericho, New York 11753, phone no. (516) 942-4700, fax. no. (516) 942-4705. My e-mail address is skhogan@lefkowitzhogan.com. I file this affidavit pursuant to Local Civil Rule 83.1(d) seeking admission pro hac vice in this action as a visiting lawyer in order to represent plaintiff CoxCom, Inc. d/b/a Cox Communications New England.

2. I am a member in good standing of the bar of the State(s) of New York and the Commonwealth of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) Eastern, Southern, Northern and Western Districts of New York as well the First and Second Circuit Courts, and my eligibility to practice before those courts has not been restricted in any way.

4. I have fully reviewed and am familiar with the Rules of the U.S. District Court for the District of Rhode Island.

5. Pursuant to the foregoing, I respectfully request leave to appear in this action on behalf of plaintiff CoxCom, Inc. d/b/a Cox Communications New England.

Subscribed and sworn to, under the pains and penalties of perjury, this 8th day of September 2006.

Shaun K. Hogan

Sworn to before me this

8 day of September, 2006

Michael D. Cassell
Notary Public, State of New York
No. 02CA6146773
Qualified in Suffolk County
Commission Expires May 30, 2010

Notary Public