AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,

V.

FULL CHANNEL TV, INC.et al.,

**SUMMONS IN A CIVIL ACTION**

CA 06 405 ML

CASE NUMBER: 06 Civ. ( )

TO: (Name and address of Defendant)

Full Channel TV, Inc.
57 Everett Street
Warren, Rhode Island 02885

Michael McGonagle a/k/a Micahel Davis
100 Puritan Drive
Warwick, Rhode Island 02888

See attached Rider

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.11.06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Oct 11 2006 |
| NAME OF SERVER *(PRINT)* | TITLE DENNIS M. TABER CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): upon his Attorney Katherine Feodoroff Esq at DeSisto Feodoroff, One Turks Head Place # 1010 Providence RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | 50.– | $0.00 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Oct 11 2006 (Date) — Dennis M Taber (*Signature of Server*)

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**RIDER TO SUMMONS**

COXCOM INC., d/b/a COX COMMUNICATIONS NEW ENGLAND v.
FULL CHANNEL, et al.

Name and Address of Defendants continued:

David Rasmussen
10 Baltimore Avenue
Warren, Rhode Island 02885