UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>*Plaintiff,*<br><br>vs.<br><br>FULL CHANNEL TV, INC.; MICHAEL MCGONAGLE, also known as MICHAEL DAVIS, individually and in his capacity as manager; and DAVID RASMUSSEN, individually and in his capacity as chief engineer,<br><br>*Defendants.* | C.A. No. 06-405ML |

**ANSWER**

Now comes Defendant Full Channel TV, Inc. and hereby answers Plaintiff's Complaint ("Complaint") as follows:

1. This defendant is without sufficient knowledge to either admit or deny to the allegations contained in paragraph 1 of that portion of the Complaint entitled, *The Nature of the Action*, and leaves plaintiff to its proof of same.

2. This defendant makes no response to the claims of jurisdiction and venue set forth in paragraphs 2 and 3 of that portion of the Complaint entitled, *Jurisdiction and Venue*, to the extent that said paragraphs identify plaintiff's claimed jurisdictional basis and, thus, no response is required.

3. This defendant admits the allegations contained in paragraphs 4, 5, 6, and 7 of that portion of the Complaint entitled, *Parties*.

4. This defendant admits the allegations contained in paragraphs 8, 9, 10, 11, 13, 16, 21, 24, and 25 of that portion of the Complaint entitled, *Factual Background*.

5. This defendant admits the allegations contained in paragraph 22 of that portion of the Complaint entitled, *Factual Background*, as to the first sentence. However, this defendant denies that these charges are pending.

6. This defendant denies the allegations contained in paragraphs 17, 18, 19, 20, 23, 26, 27, and 28 of that portion of the Complaint entitled, *Factual Background*.

7. This defendant is without sufficient knowledge to either admit or deny to the allegations contained in paragraphs 12, 14, 15, and 29, of that portion of the Complaint entitled, *Factual Background*, and leaves plaintiff to its proof of same.

8. This defendant denies the allegations contained in paragraphs 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41 of that portion of the Complaint entitled, *Count I: Assistance in Unauthorized Reception of a Communications Service in Violation of 47 U.S.C. § 553 (a)(1).*

9. This defendant is without sufficient knowledge to either admit or deny the allegations contained paragraph 31 of that portion of the Complaint entitled, *Count I: Assistance in Unauthorized Reception of a Communications Service in Violation of 47 U.S.C. § 553 (a)(1)*, and leaves plaintiff to its proof of same.

10. This defendant admits the allegations contained in paragraph 43 of that portion of the Complaint entitled, *Count II: Theft of Telecommunications Service in Violation of Section 11-35.1-2 of the General Laws of Rhode Island*.

11. This defendant denies the allegations contained in paragraphs 42, 44 and 45 of that portion of the Complaint entitled, *Count II: Theft of Telecommunications Service in Violation of Section 11-35.1-2 of the General Laws of Rhode Island*.

12. This defendant admits the allegations contained in paragraph 49 of that portion of the Complaint entitled, *Count III: Conversion*.

13. This defendant denies the allegations contained paragraphs 46, 47, 48, 52, and 53 of that portion of the Complaint entitled, *Count III: Conversion*.

14. This defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraphs 50 and 51 of that portion of the Complaint entitled, *Count III: Conversion*, and leaves plaintiff to its proof of same.

15. This defendant denies the allegations contained in paragraphs 54, 55, 56, and 57 of that portion of the Complaint entitled, *Count IV: Trespass to Chattels*.

16. This defendant denies the allegations contained in paragraphs 58, 60, 61, 62, and 63 of that portion of the Complaint entitled, *Count V: Intentional Interference with Prospective Contractual Relations*.

17. This defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 59 of that portion of the Complaint entitled, *Count V: Intentional Interference with Prospective Contractual Relations*, and leaves plaintiff to its proof of same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims against this defendant are barred because the plaintiff's alleged injuries and damages, if any, were caused by the intervening and superseding acts or omissions of other parties.

### SECOND AFFIRMATIVE DEFENSE

This defendant pleads the statute of limitations as a bar to the within Complaint.

Defendant Full Channel,
By its attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 30, 2006 and is available for viewing and downloading from the ECF system. A hard copy was also mailed this same day, postage prepaid, to:

Shaun K. Hogan, Esq.
LEFKOWITZ, HOGAN & CASSELL, LLP
350 Jericho Turnpike, Suite 100
Jericho, NY 11753

*/s/ Marc DeSisto*

Marc DeSisto, Esq.