UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COX, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,

Plaintiff,

vs.

FULL CHANNEL TV, INC., MICHAEL MCGONAGLE also known as MICHAEL DAVIS, individually and in his capacity as manager and DAVID RASMUSSEN, individually and in his capacity as chief engineer,

Defendants.

C.A. No. 06-405 (ML)

STIPULATION EXTENDING TIME TO FILE ANSWER

**IT IS HEREBY STIPULATED AND AGREED** that the time for defendant David Rasmussen to appear, answer, amend or supplement his answer in response to the summons or the complaint in this action, is hereby extended to November 21, 2001.

Dated: Jericho, New York
October __, 2006

LEFKOWITZ, HOGAN & CASSELL, LLP
Attorneys for the Plaintiff

By: ______________________
SHAUN K. HOGAN
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
~~October __~~, 2006
11/7/06

**MILLER SCOTT & HOLBROOK**
Attorneys for the Plaintiff

By: ______________________
FRANCIS [illegible] HOLBROOK
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

Dated: North Smithfield, Rhode Island
October 31, 2006

**MARK SMITH, ESQ.**
Attorney for David Rasmussen

By: ______________________
MARK SMITH
176 Eddy Dowling Highway
North Smithfield, Rhode Island
(401) 597-0997