UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br>*Plaintiff,*<br>vs.<br>FULL CHANNEL TV, INC.; MICHAEL MCGONAGLE, also known as MICHAEL DAVIS, individually and in his capacity as manager; and DAVID RASMUSSEN, individually and in his capacity as chief engineer,<br>*Defendants.* | C.A. No. 06-405ML |

**ENTRY OF APPEARANCE**

I, William C. Maaia, Esquire (2039), hereby enter my appearance on behalf of the Defendant, Full Channel TV, Inc. as Co-Counsel (with Attorney Marc DeSisto) in the above captioned matter.

Defendant Full Channel,
By its attorney,

William C. Maaia, Esq. (#2039)
349 Warren Avenue
East Providence, RI 02914
(401) 438-8211
(401) 438-8940 fax
wcm@maaialaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true and complete copy of the within document was mailed, postage prepaid, to Marc DeSisto, Esquire, DeSisto Law, P.O. Box 2563, Providence, RI 02906; Anthony DeSisto, Esquire, DeSisto and Feodoroff, One Turks Head Place, Suite 1010, Providence, RI 02903; Mark L. Smith, Esquire, Law Offices of Mark Smith, 176 Eddie Dowling Highway, Suite 101, North Smithfield, RI 02896; Francis S. Holbrook, II, Esquire, Miller, Scott & Holbrook, 122 Touro Street, Newport, RI 02840; Shaun K. Hogan, Esquire, Lefkowitz, Hogan & Cassell, LLP, 350 Jericho Turnpike, Suite 100, Jericho, New York, 11753 on this 21 day of December, 2006.

[signature]